```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/2/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
M.H., individually and on behalf of M.T., a child with a       :
disability,                                                                            :
                                                                                           :
                            Plaintiff,                      :       20-cv-1923 (LJL)
                                                                                           :
               -v-                                                              :                ORDER
                                                                                           :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                                                                                           :
                           Defendant.                     :
                                                                                           :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Parties are directed to appear for a telephonic argument on August 9, 2021 at 1:00 p.m. Parties are directed to dial (888) 251-2909 and use access code 2123101. The parties should be prepared to address in detail the evidence in the record regarding the hourly rate prevailing in the community as well as Defendant's objections to the reasonableness of the hours billed by counsel. In addition, the parties should be prepared to address the relevance of *Missouri v. Jenkins by Agyei*, 491 U.S. 274, 282, 284 (1989) and *Lochren v. County of Suffolk*, 344 F. App'x 706, 709 (2d Cir. 2009) to counsel's request for prejudgment interest or a delay adjustment.

       SO ORDERED.

Dated: August 2, 2021
       New York, New York

                                                       LEWIS J. LIMAN
                                                     United States District Judge