UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| M.H., individually and on behalf of M.T., a child with a disability, | ~~PROPOSED~~ JUDGMENT |
| *Plaintiff,* | Case 1:20-CV-01923-LJL |
| -against- | |
| NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| *Defendant.* | |

---

It is hereby ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Opinion and Order, dated October 1, 2021, granting in part and denying in part Plaintiffs' motion for summary judgment, and granting Defendant's cross-motion for summary judgment, Plaintiff is entitled to attorneys' fees in the amount of **$99,029.00** and costs in the amount of **$670.88**, for a total award of **$99,699.88**, plus post-judgment interest thereupon at the applicable statutory rate. For clarity, Plaintiffs' award has been calculated as follows:

| Attorney/Paralegal | Rate per Hour | Hours in Admin Proceeding | Hours in Federal Proceeding | Total Hours | Total |
|---|---|---|---|---|---|
| Andrew Cuddy | $420 | 1.0 | 24.2[1] | 25.2 | $10,584 |
| Jason Sterne | $420 | 26.2 | 1.4 | 27.6 | $11,592 |
| Justin Coretti (travel) | $140 | 2.0 | | 2.0 | $280 |
| Justin Coretti | $280 | 12.2 | 0.2 | 12.4 | $3,472 |
| Nina Aasen (travel) | $210 | 6.0[2] | | 6.0 | $1,260 |

---

[1] The body text of the Opinion and Order (ECF 63) states at pages 46 and 49 of 69 that Mr. Cuddy is being compensated for 24.2 hours of his federal proceeding time. A clerical error in the table at page 53 of 69 of the Opinion and Order states "26.2", and has been corrected herein, together with a recalculation of the fees.

[2] The body text of the Opinion and Order (ECF 63) states at pages 38 and 42 of 69 that Ms. Aasen is being compensated for 6.0 hours of her travel time in the administrative proceeding. A

| Nina Aasen | $420 | 85.1 | 0.6 | 85.7 | $35,994 |
|---|---|---|---|---|---|
| Benjamin Kopp | $200 | | 146.13 | 146.13 | $29,226 |
| Kevin Mendillo | $280 | | 0.2 | 0.2 | $56 |
| Jaclyn Kaplan (serve process) | $90 | | 1.0 | 1.0 | $90 |
| Shobna Cuddy | $100 | 1.6 | 4.6 | 6.2 | $620 |
| Sarah Woodard | $100 | 2.4 | | 2.4 | $240 |
| Allison Bunnell | $100 | 32.1 | 7.2 | 39.3 | $3,930 |
| Amanda Pinchak | $100 | 3.6 | | 3.6 | $360 |
| Diana Gagliostro | $125 | 0.2 | | 0.2 | $25 |
| Rebecca Mills | $100 | 3.7 | | 3.7 | $370 |
| Alysson Green | $100 | | 4.7 | 4.7 | $470 |
| Burhan Meghezzi (legal assistant) | $100 | | 0.7 | 0.7 | $70 |
| Cailin O'Donnell | $100 | | 3.7 | 3.7 | $370 |
| John Slaski (legal assistant) | $100 | | 0.2 | 0.2 | $20 |
| | | | | FEE SUB-TOTAL | $99,029.00 |
| Item | | | | | |
| Copying Costs (administrative proceeding) | | | | | $69.40 |

clerical error in the table at page 53 of 69 of the Opinion and Order states "2.0", and has been corrected herein, together with a recalculation of the fees.

| | |
|---|---:|
| Toll | $8.85 |
| Mileage | $154.40 |
| Parking | $28.50 |
| Postage | $2.13 |
| Copying Costs (federal proceeding) | $7.60 |
| Filing Fee | $400 |
| **COST SUB-TOTAL** | **$670.88** |
| **TOTAL** | **$99,699.88** |

It is FURTHER ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Opinion and Order, dated October 1, 2021, Plaintiff's request for pre-judgment interest on the award of attorneys' fees and costs is denied.

It is FURTHER ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Opinion and Order, dated October 1, 2021, Plaintiff's second and third causes of action for equitable relief are hereby dismissed.

SO ORDERED.

Dated: 10/13/2021
New York, New York

HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE