```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
M.H., individually and on behalf of M.T.,                    :
                                                             :
                              Plaintiff,                     :
                                                             :         20-cv-1923 (LJL)
        -v-                                                  :
                                                             :         ERRATA ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                       :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Opinion and Order filed on October 1, 2021 at Dkt. No. 63 contained several typographical errors. Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting those errors. The errors and corrections reflected in the Amended Opinion and Order have no impact on the substance of the Opinion or on the Judgment of the Court.

SO ORDERED.

Dated: October 13, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge