UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| M.H., individually and on behalf of M.T., a child with a disability, | ~~PROPOSED~~ AMENDED JUDGMENT |
| *Plaintiff,* | |
| -against- | Case 1:20-CV-01923-LJL |
| NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| *Defendant.* | |

---

It is hereby ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Amended Opinion and Order, dated October 13, 2021, granting in part and denying in part Plaintiffs' motion for summary judgment, and granting Defendant's cross-motion for summary judgment, Plaintiff is entitled to attorneys' fees in the amount of **$99,029.00** and costs in the amount of **$670.88**, for a total award of **$99,699.88**, plus post-judgment interest thereupon at the applicable statutory rate. For clarity, Plaintiffs' award has been calculated as follows:

| Attorney/Paralegal | Rate per Hour | Hours in Admin Proceeding | Hours in Federal Proceeding | Total Hours | Total |
|---|---|---|---|---|---|
| Andrew Cuddy | $420 | 1.0 | 24.2 | 25.2 | $10,584 |
| Jason Sterne | $420 | 26.2 | 1.4 | 27.6 | $11,592 |
| Justin Coretti (travel) | $140 | 2.0 | | 2.0 | $280 |
| Justin Coretti | $280 | 12.2 | 0.2 | 12.4 | $3,472 |
| Nina Aasen (travel) | $210 | 6.0 | | 6.0 | $1,260 |
| Nina Aasen | $420 | 85.1 | 0.6 | 85.7 | $35,994 |
| Benjamin Kopp | $200 | | 146.13 | 146.13 | $29,226 |

| | | | | | |
|---|---|---|---|---|---|
| Kevin Mendillo | $280 | | 0.2 | 0.2 | $56 |
| Jaclyn Kaplan (serve process) | $90 | | 1.0 | 1.0 | $90 |
| Shobna Cuddy | $100 | 1.6 | 4.6 | 6.2 | $620 |
| Sarah Woodard | $100 | 2.4 | | 2.4 | $240 |
| Allison Bunnell | $100 | 32.1 | 7.2 | 39.3 | $3,930 |
| Amanda Pinchak | $100 | 3.6 | | 3.6 | $360 |
| Diana Gagliostro | $125 | 0.2 | | 0.2 | $25 |
| Rebecca Mills | $100 | 3.7 | | 3.7 | $370 |
| Alysson Green | $100 | | 4.7 | 4.7 | $470 |
| Burhan Meghezzi (legal assistant) | $100 | | 0.7 | 0.7 | $70 |
| Cailin O'Donnell | $100 | | 3.7 | 3.7 | $370 |
| John Slaski (legal assistant) | $100 | | 0.2 | 0.2 | $20 |
| | | | | FEE SUB-TOTAL | $99,029.00 |

| Item | |
|---|---|
| Copying Costs (administrative proceeding) | $69.40 |
| Toll | $8.85 |
| Mileage | $154.40 |
| Parking | $28.50 |
| Postage | $2.13 |
| Copying Costs (federal proceeding) | $7.60 |
| Filing Fee | $400 |
| **COST SUB-TOTAL** | **$670.88** |
| **TOTAL** | **$99,699.88** |

It is FURTHER ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Amended Opinion and Order, dated October 13, 2021, Plaintiff's request for pre-judgment interest on the award of attorneys' fees and costs is denied.

It is FURTHER ORDERED, ADJUDGED, AND DECREED, that for the reasons set forth in the Court's Amended Opinion and Order, dated October 13, 2021, Plaintiff's second and third causes of action for equitable relief are hereby dismissed.

SO ORDERED.

Dated: October 21, 2021
New York, New York

HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE